UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID BURNS, ET AL.,**

   Plaintiffs,

v.                                                               No. 4:23-cv-00333-P

**SAIBABA ARLINGTON HOSPITALITY LLC, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day (ECF No. 35), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **31st day of October 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE